IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM JAMES,

    Defendant.

Case No. 3:07cr112 (2)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE, SUBJECT TO HIS COMPLIANCE WITH SUPERVISION PLAN AND WITH ALL OTHER PREVIOUSLY IMPOSED CONDITIONS OF SUPERVISION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On February 7, 2012, the Defendant, having previously been found in violation of his supervised release which began August 23, 2011, appeared in open Court for final disposition.

Although the Defendant had previously been found in violation of his supervised release, this Court declined to revoke same; rather, the Defendant was continued on supervised release subject to his full compliance with the Supervision Plan (attached) approved by the Court in open Court on February 7, 2012, and his compliance with all presently undischarged conditions of supervision. The

Defendant was to be released from the Montgomery County Jail on February 8, 2012, and to report immediately to the United States Probation Department. Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 17, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer

WILLIAM JAMES                                          DOCKET NO. 3:07-CR-112

## SUPERVISION PLAN

1. Mr. James will live with at 3218 North Dixie Drive, Room 8 in Dayton, Ohio. He will provide verification of his living arrangements to his probation officer. If Mr. James cannot reside at this residence, he will make every effort to secure a stable residence and verify this location with his Probation Officer.

2. Mr. James will report every Wednesday to Probation and submit urine samples until a bed space is secured for him at the ALVIS/COPE house in Dayton. In the event of an emergency, Mr. James will contact Probation in advance and reschedule his appointment.

3. Mr. James will attend one verified NA/AA meeting per week until bed space is secured at the ALVIS/COPE house.

4. Mr. James will seek and maintain verifiable employment.

5. Mr. James will serve up to six (6) months at the ALVIS/COPE house once a bed space is secured. The amount of time spent at the ALVIS/COPE house will be determined by the probation officer, not to exceed six (6) months.

6. While at the ALVIS/COPE house, Mr. James will seek and maintain employment and maintain regular contact with his probation officer, as directed. He will also seek any mental health or substance abuse treatment at the discretion of his probation officer.

7. Upon successful completion of his time at ALVIS/COPE house, Mr. James and his probation officer will meet to discuss a possible request to modify the weekly reporting requirement originally imposed by the Court.

6. Mr. James will abide by all undischarged conditions of his supervised release.

Failure to follow through with any provision of this plan will be considered a violation of supervision and reported to the Court.

_William James_                                2-7-12
William James                                    Date

_Thomas W. Anderson_                        2-7-12
Thomas Anderson, Esq.                     Date

_Laura A. Sebulsky_                            2-7-12
Laura A. Sebulsky, U.S. Probation Officer      Date