IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

:

    Plaintiff,

:

vs.

Case No. 3:07cr112 (2)

:

WILLIAM JAMES,

JUDGE WALTER HERBERT RICE

:

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME;
DEFENDANT CONTINUED ON SUPERVISED RELEASE WITH
ORIGINAL AND CERTAIN ADDED CONDITIONS; RIGHT OF APPEAL
EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY ON
SUPERVISED RELEASE PROCEEDING

---

On May 1, 2012, the Defendant, having previously been found in violation of his supervised release that began August 23, 2011, appeared in open Court for final disposition.

Although finding the Defendant in violation of his supervised release, the Court, pursuant to the record made on the aforesaid May 1, 2012, declined to revoke same; rather, the Defendant was continued on supervised release, upon the condition that he fulfill all presently undischarged conditions of supervision to which he became obligated on the date of his original sentence on January 28,

2008, and with certain additional conditions, to wit: that he reside at 3937 Haney Road, Dayton, Ohio 45416 with Mr. and Mrs. Donald Brewer, until admittance to Alvis-Cope residential reentry center on July 2, 2012; that he participate in location monitoring technology, with release to seek employment, for employment (once a job is obtained), to visit his probation officer and to receive counseling, and for any other reason deemed acceptable, in advance, by the United States Probation Officer.

Following the above proceeding, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause, insofar as the supervised release violation matter, is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 7, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer